# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RYAN UNRUH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT HOREL, Warden,<br><br>　　　　Respondent. | NO. CV 08-00974 GW (SS)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\\
\\\
\\\
\\\
\\\

Accordingly, IT IS ORDERED THAT:

1. IT IS ORDERED that Petitioner's Motion for Stay and Abeyance is DENIED.

2. The Clerk shall serve copies of this Order by United States mail on Petitioner and on counsel for Respondent.

Dated: __February 10__, 2009.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE