**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID RYAN UNRUH,<br><br>                    Petitioner,<br><br>          v.<br><br>FRANCISCO JACQUEZ, Acting Warden,<br><br>                    Respondent. | NO. CV 08-00974 GW (SS)<br><br><br><br>**JUDGMENT** |

   Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 1, 2010

_George H. Wu_
_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE