**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID RYAN UNRUH,<br><br>        Petitioner,<br><br>  v.<br><br>RICK HALL, Acting Warden,<br><br>        Respondent. | Case No. CV 08-0974 GW (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Mandate of the Ninth Circuit, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

**IT IS ORDERED** that: (1) the Petition is GRANTED as to Ground Three only; (2) the Petition is DENIED as to all other claims in the Petition; (3) this matter is remanded to the Superior Court of San Bernardino County for resentencing in a manner consistent with the decision of the Ninth Circuit and the Magistrate Judge's Report and Recommendation; and (4) Petitioner shall be released from custody to the extent that he is confined solely on the basis of his unconstitutional upper-term sentence <u>if and only if</u>, within 120 days of the entry of judgment, the State does not resentence Petitioner.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 19, 2014

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE