1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DAVID RYAN UNRUH,                    Case No. CV 08-0974 GW (SS)

12                    Petitioner,

13       v.                                      **JUDGMENT**

14  RICK HALL,

15                    Respondent.

16

17       Pursuant   to   the   Court's   Order   Accepting   Findings,

18  Conclusions  and  Recommendations  of  United  States  Magistrate

19  Judge,

20

21       **IT IS HEREBY ADJUDGED** that:

22

23       (1)  the Petition in the above-captioned action is GRANTED

24            as to Ground Three only;

25

26       (2)  the Petition is DENIED as to all other claims in the

27            Petition;

28

1      (3)  this matter is remanded to the Superior Court of San

2           Bernardino County for resentencing in a manner

3           consistent with the decision of the Ninth Circuit and

4           the Magistrate Judge's Report and Recommendation; and

5

6      (4)  Petitioner shall be released from custody to the extent

7           that he is confined solely on the basis of his

8           unconstitutional upper-term sentence _if and only if_,

9           within 120 days of the entry of this judgment, the

10          State does not resentence Petitioner.

11

12 Dated: September 19, 2014

13                      GEORGE H. WU
                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2